UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Grubb v. Monsanto Co.*,<br>Case No. 3:20-cv-09293-VC | **ORDER DEEMING MOOT PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 20081 |

The above-captioned motion seeks judgment on Monsanto's affirmative defenses. Monsanto withdrew its affirmative defenses after the motion was filed, so the motion is deemed moot. *See* Dkt. No. 20230. To the extent the motion seeks judgment on the issue of causation, the motion is denied.

**IT IS SO ORDERED.**

Dated: March 31, 2025

VINCE CHHABRIA
United States District Judge